AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Nick Fisher, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

One Way Funding, LLC, a New York limited liability company,

*Defendant(s)*

Civil Action No. 2:18-cv-00309-JZB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* One Way Funding, LLC
960 South Broadway
Hicksville, New York 11801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Chami
Price Law Group, APC
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
T: (866)881-2133
david@pricelawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk*



**ISSUED ON 11:55 am, Jan 30, 2018**

**s/ Brian D. Karth, Clerk**

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| Index #: | 2:18-cv-00309-JZB |
| Date Filed: | January 30, 2018 |
| AOS Filed: | |
| Court Date: | |
| File No.: | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ATTORNEY(S): Price Law Group, APC David Chami, Esq.
ADDRESS: 1204 E. Baseline Rd., Suite 102 Tempe, AZ 85283 PH:(866) 881-2133

**NICK FISHER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

*Plaintiff*

vs

**ONE WAY FUNDING, LLC, A NEW YORK LIMITED LIABILITY COMPANY,**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

_____ELHAM SHATARA_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On February 28, 2018 at 2:59 PM at 960 SOUTH BROADWAY, HICKSVILLE, NY 11801, deponent served the within Summons In A Civil Action, Civil Cover Sheet and Compliant Jury Trial Demand, Notice To Parties - Mandatory Initial Discovery Pilot Project, Mandatory Initial Discovery Pilot Project Checklist, Consent To Exercise Of Jurisdiction By United States Magistrate Judge

with Index Number 2:18-cv-00309-JZB, and Date Filed January 30, 2018 endorsed thereon,
on: **ONE WAY FUNDING, LLC, A NEW YORK LIMITED LIABILITY COMPANY**, **Defendant** therein named.

#1 **INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 **CORP./ENTITY** ☒ By delivering to and leaving with **Joseph Reinhardt - President** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 **SUITABLE AGE PERSON** ☐ By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 **AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

☐ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 **MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 **NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 **DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Male Color of skin White Color of hair Shaved Age 36 - 50 Yrs. Height 5ft9in - 6ft0in Weight 161-200 Lbs. Other Features: Glasses

#8 **WIT. FEES** ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 **MILITARYSRVC** ☐ Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 **OTHER** ☐

Sworn to before me on this 26th day of February, 2018

KELLY GRAHAM
NOTARY PUBLIC, State of New York
No. 01GR6343995, Qualified in Nassau County
Commission Expires June 20, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020



ELHAM SHATARA
Server's Lic #1059412
Work Order # 1107488

*Capital Process Servers, Inc. 265 Post Avenue, Ste. 150, Westbury, NY 11590 Tel 516-333-6380 Fax 516-333-6382*

NYC DCA Lic. # 1381942