David Chami
Price Law Group, P.C.
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: 818-600-5515
Fax: 866-401-1457
david@pricelawgroup.com

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* NICK FISHER
and the Classes

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| NICK FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONE WAY FUNDING, LLC, a New York limited liability company,<br><br>Defendant. | Case No. 2:18-cv-00309-JZR |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Plaintiff Nick Fisher ("Fisher" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 55(a), hereby moves to have this Court enter default against Defendant One Way Funding, LLC. Entry of Default is proposed against Defendant because they have failed to answer or otherwise respond to Fisher's Complaint. One Way Funding, LLC was served on February 28, 2018 but have failed to respond.

This request is further support by the Affidavit of Default, attached hereto as Exhibit A.

1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: April 5, 2018 | **NICK FISHER**, individually and on behalf of all others similarly situated, |
| | By: _s/ Patrick H. Peluso_<br>      One of Plaintiff's Attorneys |
| | David Chami<br>Price Law Group, P.C.<br>1204 E. Baseline Rd., Suite 102<br>Tempe, Arizona 85283<br>Tel: 866-881-2133<br>Fax: 866-401-1457<br>david@pricelawgroup.com |
| | Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
| | Attorneys for Plaintiff and the Classes |
| | * *Pro Hac Vice* |

2

**CERTIFICATE OF SERVICE**

The undersigned, Patrick H. Peluso, hereby certifies that a true and correct copy of Plaintiff's Request for Entry of Default Judgment was served upon Defendant by causing such papers to be sent via Certified United States Mail to Defendant's principal place of business, attention General Counsel.

/s/ Patrick H. Peluso