# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Nick Fisher,

    Plaintiff,

v.

One Way Funding LLC,

    Defendant.

NO. CV-18-00309-PHX-DLR

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant OneWay Funding LLC.

DEFAULT ENTERED this 6th day of April, 2018.

                                  Brian D. Karth
                                  District Court Executive/Clerk of Court

April 6, 2018

                              s/ D. Draper
                    By  Deputy Clerk