David Chami
Price Law Group, P.C.
1204 E. Baseline Rd., Suite 102
Tempe, Arizona 85283
Tel: 866-881-2133
Fax: 866-401-1457
david@pricelawgroup.com

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* Nick Fisher
and the Classes

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nick Fisher, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 2:18-CV-00309-DLR |
| v. | **CLASS ACTION** |
| One Way Funding, LLC, a New York limited liability company, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff Nick Fisher, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives this notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *without prejudice*. Defendant One Way Funding, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice without an Order of the Court.

                                   Respectfully submitted,

Dated: April 22, 2019            **NICK FISHER**, individually and on behalf of all others similarly situated,

1

By: /s/ Taylor T. Smith
　　　One of Plaintiff's Attorneys

David Chami
Price Law Group, P.C.
1204 E. Baseline Rd., Suite 102
Tempe, Arizona 85283
Tel: 866-881-2133
Fax: 866-401-1457
david@pricelawgroup.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 22, 2019, he caused the foregoing papers to be electronically filed using the Court's electronic filing system, which will send notification of filing to counsel of record for each party.

/s/ Taylor T. Smith

2